IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA

v.                                          Criminal No. 3:24cr74

DAVON AMOS JOHNSON

## ORDER

The Court is in receipt of a letter from the defendant dated March 23, 2026 (ECF No. 73). It is hereby ORDERED that, by April 21, 2026, the United States and the Probation Office shall file Statements of Position in response to the defendant's motion.

The Clerk is directed to send a copy of this Order to Patrick H. Raible, United States Probation Officer and to the defendant.

It is so ORDERED.

_____ /s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: April 9, 2026